**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Brian Dickie WATERS, Defendant– Appellant.**

**No. 06–10317.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2007.*

Filed Aug. 21, 2007.

Alexis Hunter, Esq., Office of the U.S. Attorney, San Francisco, CA, for Plaintiff– Appellee.

V. Roy Lefcourt, Esq., Law offices of V. Roy Lefcourt, San Francisco, CA, for Defendant–Appellant.

Before: KLEINFELD, SILVERMAN, and M. SMITH, Circuit Judges.

MEMORANDUM **

Brian Dickie Waters appeals from his guilty-plea conviction and 130–month sentence for distributing methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Waters' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supple-

mental brief or answering brief has been filed.

Because our examination of the brief and independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), reveals that Waters waived his right to appeal and was sentenced within the terms of the plea agreement, we enforce the waiver and dismiss the appeal. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000); *see also United States v. Cardenas,* 405 F.3d 1046, 1048 (9th Cir. 2005) (observing that changes in sentencing law imposed by *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing).

Accordingly, we **GRANT** counsel's motion to withdraw, and **DISMISS** the appeal.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.